UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE OF THE FAMILY OF COLLINS,<br><br>Plaintiff,<br><br>v.<br><br>JEFF GRISOM; SAN DIEGO DEPARTMENT OF CHILD SUPPORT SERVICES; ADAM WORTHEMIRE; and JESUS SOTO,<br><br>Defendants. | Case No.: 21-CV-2136 JLS (DEB)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 4) |

Presently before the Court is Defendant Adam Worthemire's Motion to Dismiss (ECF No. 4).  On its own motion, the Court **VACATES** the hearing scheduled for March 24, 2022, at 1:30 p.m. and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: March 17, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge